UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| JOE CLARK MITCHELL | ) | |
| | ) | |
| v. | ) | No. 1:93-CV-00073 |
| | ) | JUDGE CAMPBELL |
| KEVIN GENOVESE | ) | |

**PETITIONER'S UNOPPOSED MOTION TO ENTER ORDER GRANTING CONDITIONAL WRIT OF HABEAS CORPUS**

In light of the Sixth Circuit opinion issued on September 4, 2020, and the subsequent mandate, petitioner Joe Clark Mitchell respectfully moves the Court to enter an order granting a conditional writ of habeas corpus that orders Mitchell's release from prison unless the State of Tennessee commences a new trial against him within 180 days from September 4, 2020. Assistant Attorney General Michael Stahl has reviewed this motion and does not oppose entry of the requested order as it is mandated by the Sixth Circuit.

Respectfully submitted,

s/ *Michael C. Holley*
MICHAEL C. HOLLEY
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, Tennessee 37203
(615) 736-5047

Attorney for Joe Clark Mitchell

1

## CERTIFICATE OF SERVICE

I hereby certify that on October 29, 2020, I electronically filed the foregoing pleading with the U.S. District Court Clerk by using the CM/ECF system, which will send a Notice of Electronic Filing to the following: Michael Stahl, Tennessee Attorney General's Office, P.O. Box 20207, Nashville, TN 37202-0207.

s/ *Michael C. Holley*
MICHAEL C. HOLLEY

2

Case 1:93-cv-00073   Document 259   Filed 10/29/20   Page 2 of 2 PageID #: 896