IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| **JOE CLARK MITCHELL,** ) | |
| ) | |
| Petitioner, ) | |
| ) | NO. 1:93-cv-00073 |
| v. ) | |
| ) | JUDGE CAMPBELL |
| ) | MAGISTRATE JUDGE FRENSLEY |
| **KEVIN GENOVESE, Warden,** ) | |
| ) | |
| Respondent. ) | |

## ORDER

On September 4, 2020, the Sixth Circuit reversed the decision in this case, reopened Petitioner's habeas petition, granted Petitioner a conditional writ of habeas corpus that will result in Petitioner's release unless the State commences a new trial against him within 180 days, and remanded the case for further proceedings. (Doc. No. 256). On September 29, 2020, the mandate issued. (Doc. No. 257).

Pending before the Court is Petitioner's Unopposed Motion to Enter Order Granting Conditional Writ of Habeas Corpus (Doc. No. 259). Through the Motion, Petitioner requests the Court order the relief granted by the Sixth Circuit, and indicates Respondent does not oppose the request. The Motion is **GRANTED.** Accordingly, pursuant to the decision of the Sixth Circuit, the Court issues a conditional writ of habeas corpus that will result in Petitioner's release unless the State commences a new trial against him within 180 days from September 4, 2020.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE